# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MULLEN INDUSTRIES LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 6:22-cv-00145-ADA |

## UNOPPOSED MOTION FOR LEAVE TO BRIEF ONE ADDITIONAL CLAIM TERM

On August 10, 2022, the parties conferred regarding narrowing the number of claim terms that Defendant Apple has identified for construction by the Court. Plaintiff presently asserts nine patents and more than 250 claims in this case. Apple believes there is good cause to extend the Court's presumptive limit of 12 terms by one, for a total of 13 claim terms. Plaintiff does not oppose this request for relief. Because this agreement impacts the Court staff's work load, albeit only slightly, Apple presents this request as a motion as opposed to a notice.

Dated: August 15, 2022

Alton L. Absher III (admitted in W.D. Tex.)
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Tel: (336) 607-7300
Fax: (336) 607-7500
Email: aabsher@kilpatricktownsend.com

Steven D. Moore (admitted in W.D. Tex.)
April Abele Isaacson (*pro hac vice*)
Rishi Gupta (*pro hac vice*)
**Kilpatrick Townsend & Stockton LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
Email: smoore@kilpatricktownsend.com
Email: aisaacson@kilpatricktownsend.com
Email: rgupta@kilpatricktownsend.com

Mansi H. Shah (*pro hac vice*)
**Kilpatrick Townsend & Stockton LLP**
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Tel: (650)752-2445
Fax: (650) 618-8641
Email: mansi.shah@kilpatricktownsend.com

Aarti Shah (*pro hac vice*)
**Kilpatrick Townsend & Stockton LLP**
607 14th Street, NW, Suite 900
Washington, DC 20005-2018
Tel: (202) 481-9937
Fax: (202) 204-5620
Email: ashah@kilpatricktownsend.com

Kathleen R. Geyer (*pro hac vice*)
Patrick M. Njeim (*pro hac vice*)
**Kilpatrick Townsend & Stockton LLP**
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Tel: (206) 467-9600
Fax: (206) 299-3458

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
**Kelly Hart & Hallman LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Apple Inc.*

Email: kgeyer@kilpatricktownsend.com
Email: pnjeim@kilpatricktownsend.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF filing system on August 15, 2022.

                                              */s/ J. Stephen Ravel*
                                              J. Stephen Ravel